**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

IN RE:

    Jeronimo E Mejia
    Elvira E Lux



                      DEBTOR(S)

CHAPTER 13

CASE NO.: LA10-53870-EC

**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**

DATE:      November 19, 2010
TIME       10:00 am
PLACE:    ERNST & YOUNG PLAZA
             725 S. FIGUEROA ST. ROOM  103
             LOS ANGELES, CA 90017

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will**

now occur at the time and place listed above.

Dated: __11/5/10__

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **JERONIMO E MEJIA**<br>   **ELVIRA E LUX** | CHAPTER:  13<br><br>CASE NUMBER:  **LA10-53870-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

II.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 11/5/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed .

☒    Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 11/5/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

In re: **JERONIMO E MEJIA
ELVIRA E LUX**

CHAPTER:  13

CASE NUMBER:  **LA10-53870-EC**

## Service List

Academy Collection Service Inc.
P.O Box 16119
Philadelphia, PA 19114

Aegis Receivables Management Inc
Attn: Payment Processing
PO BOX 165809
Irving, TX 75016

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096

BANK OF AMERICA
PO BOX 5170
SIMI VALLEY, CA 93062

Clark County Treasurer
500 S Grand Central Parkway
PO BOX 551220
Las Vegas, NV 89155

CMS
Carrington Mortgage Services, LLC
1610 E Saint Andrew Place
Ste B150
Santa Ana, CA 92705

Elvira E Lux
167 N Backton Ave
La Puente, CA 91744

Jeronimo E Mejia
Elvira E Lux
167 N Backton Ave
La Puente, CA 91744

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

L BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502

LITTON LOAN SERVICING
PO BOX 4387
HOUSTON, TX 77210

Nationwide Credit, Inc
PO BOX 740640
Atlanta, GA 30374

SEARS CREDIT CARDS
PO BOX 6936
THE LAKES, NV 88901

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**